UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIEL ECKARD,<br><br>               Plaintiff,<br><br>   v.<br><br>BREANNE CARAWAY, et al.,<br><br>               Defendants. | Case No. 2:18-cv-001260-TSZ-BAT<br><br>**ORDER DENYING SECOND MOTION TO APPOINT COUNSEL** |

      The Court **DENIES** plaintiff's second motion for appointment of counsel. Dkt. 23. Plaintiff does not have a right to counsel in this civil action, and has failed to show there are exceptional circumstances that compel appointment. Plaintiff argues he lacks a desk to write but that has not proven to be a barrier to the motions and other law suits plaintiff has filed recently. The Clerk shall provide a copy of this Order to plaintiff and counsel for defendants.

      DATED this 7th day of February, 2019.

                                                                                                 BRIAN A. TSUCHIDA
                                                                             Chief United States Magistrate Judge

ORDER DENYING SECOND MOTION TO APPOINT COUNSEL - 1