UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GABRIEL ECKARD,

                Plaintiff,

  v.

BREANNE CARAWAY, et al.,

                Defendants.

Case No. C18-1260-TSZ

**ORDER OF DISMISSAL**

The Court, having reviewed the proposed complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **Orders** as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Defendants' motion to dismiss (Dkt. 16) is **GRANTED;** plaintiff's claims are **DISMISSED without prejudice**; and

3. The Clerk shall send a copy of this Order to the parties and to Chief United States Magistrate Judge Tsuchida.

DATED this 8th day of April, 2019.

                                                        _/s/ Thomas S. Zilly_
                                                        Thomas S. Zilly
                                                        United States District Judge